# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

147953

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STEPHEN PORTIS,
      Petitioner-Appellant,

v

CITY OF TAYLOR and
MAYOR OF TAYLOR,
      Respondents-Appellees.

SC: 147953
Wayne CC: 13-007243-AV

_____/

On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

p0324